IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTURY SURETY COMPANY, an Ohio corporation,

    Plaintiff,

  v.

ACER HOTEL, a general partnership, BENZIR SHAIKH, an individual, ANWAR SHAIKH, an individual, HANDLREY HOTELS, INC., a corporation, TERRY WHITE, an individual, and JOSEPH J. FERREIRA, an individual,

    Defendants.
                              /

No. C 13-00593 WHA

**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

The Courtroom telephone equipment does not make it practicable to conduct hearings on same. All counsel shall personally attend the case management conference.

**IT IS SO ORDERED.**

Dated: April 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE