IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTURY SURETY COMPANY,

    Plaintiff,

v.

ACER HOTEL, *et al.,*

    Defendants.

No. C 13-00593 WHA

**ORDER RE STIPULATION TO TERMINATE ACTION**

After reviewing the proposed stipulation of dismissal and judgment, the Court notes that counsel for defendants Terry White and Joseph Ferreira has not signed the proposed stipulation to terminate the action. FRCP 41(a)(1)(A)(ii). All parties, including defendants White and Ferreira, are hereby **ORDERED TO SHOW CAUSE BY NOON ON FEBRUARY 6** as to why the Court should adopt the stipulation of dismissal and judgment. Alternatively, the parties may file an amended stipulation that addresses all defendants.

**IT IS SO ORDERED.**

Dated: February 3, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE