**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTURY SURETY COMPANY, AN OHIO CORPORATION<br><br>Plaintiff(s)<br>v.<br><br>ACER HOTEL, a general partnership, Benzir Shaikh, an individual, Anwar Shaikh, an individual, Handlery Hotels, Inc., a corporation, Terry White, an individual, and Joseph J. Ferreira, an individual<br><br>Defendant(s). | CASE NUMBER:<br>3:13-CV-00593-WHA<br><br>~~(PROPOSED)~~ **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Century Surety Company, an Ohio Corporation</u>   x Plaintiff   _ Defendant   _ Other _____
*Name of Party*

to substitute   <u>Rudy Gaba, Jr.</u>   who is

   X  Retained Counsel      _ Counsel appointed by the Court (Criminal cases only) ⌐ Pro Se

<u>23151 Verdugo Drive, Suite 104</u>
*Street Address*

<u>Laguna Hills, CA 92653</u>                              <u>rgaba@gabalawcorp.com</u>
*City, State, Zip*                                      *E-Mail Address*

<u>(949) 207-7100</u>            <u>(949) 207-7108</u>            <u>230475</u>
*Telephone Number*             *Fax Number*              *State Bar Number*

as attorney of record instead of   <u>H. Douglas Galt</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**      x **GRANTED**   _ **DENIED**

   Dated   <u>January 19, 2016.</u>                    _____
                                                  U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (12/14)        ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY