**GABA LAW CORPORATION**
RUDY GABA, JR. (State Bar No.: 230475)
23141 VERDUGO DRIVE, SUITE 205
LAGUNA HILLS, CALIFORNIA 92653
T: 949-207-7100
F: 949-207-7108
rgaba@gabalawcorp.com

Attorneys for Plaintiff,
CENTURY SURETY COMPANY, AN OHIO CORPORATION

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, AN OHIO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ANWAR SHAIKH dba ACER HOTEL, BENAZIR SHAIKH (erroneously sued as Benzir Shaikh)<br><br>Defendants. | CASE NO: 3:13-CV-00593-WHA<br><br>[PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER<br><br>[F.R.C.P. RULE 4(c)]<br><br>NO HEARING SCHEDULED |

# ORDER

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

**ITS IS HEREBY ORDERED** that NATIONWIDE LEGAL, LLC who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals office will remain the levying officer.

DATED: September 2, 2016.

By: _____
THE DISTRICT JUDGE WILLIAM ALSUP UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER REGARDING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS